# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY BLANK** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 16-5076** |
| **v.** | : | |
| | : | |
| **OPTIMUM FINANCIAL SERVICES,** | : | |
| **LLC,** *et al.* | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 27th day of April 2017, upon consideration of the *motions to dismiss* filed by Defendant Bank of America N.A., [ECF 3], and Defendant Optimum Financial Services, LLC, [ECF 5], to which no responses were filed, and the allegations contained in Plaintiff Gary Blank's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motions to dismiss are **GRANTED**, and Plaintiff's complaint is **DISMISSED** in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*